IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ӘmM D.C.

05 NOV 23 AM 10: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

ERIC JONES             05cr20400-1-D
a/k/a Eric Sutton

## ORDER ON ARRAIGNMENT

This cause came to be heard on __11-23-05__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __Aldrin__ who is Retained/<u>Appointed</u>.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (~~being a federal prisoner~~) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Lunk
UNITED STATES MAGISTRATE JUDGE

CHARGES -18:1951
INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

Attorney assigned to Case: L. Craig

Age: 23

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11/23/05__

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CR-20400 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT